# United States Bankruptcy Court
## District of Nevada

Case No. <u>09–14555–lbr</u>

Chapter 7

In re: (Name of Debtor)
    DARALD L KNAPP                  JOCELYN ZAYAS KNAPP
    aka LEE KNAPP                      aka JO KNAPP
    5308 OAKBURY CT.               5308 OAKBURY CT.
    LAS VEGAS, NV 89130          LAS VEGAS, NV 89130

Social Security No.:
    xxx–xx–4264                          xxx–xx–0714

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT DAVID A. ROSENBERG is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 1/20/11                                              BY THE COURT

                                                                              Mary A. Schott
                                                                              Clerk of the Bankruptcy Court